### The FIDELITY AND CASUALTY COMPANY OF NEW YORK et al.

No. 46971.

Nov. 12, 1963.

In re: J. Cecil Pittman applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 156 So.2d 116.

Writ denied. No error of law under the facts founds by the Court of Appeal.

157 So.2d 232

### SUNMASTER PRODUCTS COMPANY

v.

### Louis WELCH, dba Louis Welch Company.

No. 46973.

Nov. 12, 1963.

In re: Sunmaster Products Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 156 So.2d 96.

Writ refused. We find no error of law in the ruling complained of.

157 So.2d 232

### Kathryn D. McWATERS et al.

v.

### Jerome H. TURNAGE, Sr. et al.

No. 46975.

Nov. 12, 1963.

In re: Kathryn D. McWaters and Marcus V. McWaters applying for certiorari, or writ of review, to the Court of Appeals, First Circuit, Parish of Tangipahoa. 156 So.2d 68.

Writ refused. The result is correct.

157 So.2d 232

### Otis R. WILLIS, Mr. and Mrs. Oscar A. Carlson, Jr., Mr. and Mrs. Harold L. Giese, Miss Elaine Harriet Carlson and Mr. and Mrs. Warren W. Schaefer,

v.

### The NEW ORLEANS EAST UNIT OF JEHOVAH'S WITNESSES, INC.

No. 46974.

Nov. 12, 1963.

In re: The New Orleans East Unit of Jehovah's Witnesses, Inc., applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 310.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.